Opinion issued August 8, 2019



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-18-01101-CR

―――――――――――――

**COURTNEY CHATMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Case No. 1514603

## MEMORANDUM OPINION

Appellant, Courtney Chatmon, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).